```
                                              FILED
                                       CLERK, U.S. DISTRICT COURT

                                              5/26/2024

       FINDING RE PROBABLE CAUSE       CENTRAL DISTRICT OF CALIFORNIA
                                       BY:     CDO        DEPUTY
```

2:24-mj-03086-DUTY

On __5/26/2024__, at __11:34 am__ a̶/p.m., Agent Erwin M. Benedicto of the Drug Enforcement Administration appeared before me telephonically regarding the probable cause arrest of defendant JAFAR SADIQ EL-EMMARA, occurring on May 24, 2024, at Los Angeles, California.

Having reviewed the Criminal Complaint and supporting affidavit filed concurrently herewith, the Court finds that there **exists**/~~does not exist~~ probable cause to arrest the defendant for a violation of Title 21, United States Code, Section 841(a)(1).

/ **x** / It is ordered that defendant JAFAR SADIQ EL-EMMARA be held to answer for proceedings under Federal Rule of Criminal Procedure 5 / 40 on _____.

/____/ It is ordered that defendant JAFAR SADIQ EL-EMMARA be discharged from custody on this charge forthwith.

DATED: __5/26/2024__, at __11:34 am__ a̶.m./p.m.

_____
HON. MARGO A. ROCCONI
UNITED STATES MAGISTRATE JUDGE